UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVELYN WILKINS,

    Plaintiff,

v.                                    Case No. 13-12425

                                         Honorable Victoria A. Roberts

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. # 21)

On April 15, 2014, Magistrate Judge Michael Hluchaniuk submitted a Report and Recommendation (Doc. #21) recommending that the Court **DENY** Plaintiff's Motion for Summary Judgment (Doc. # 13), **DENY** Plaintiff's Motion to Remand (Doc. # 17), and **GRANT** Defendant's Motion for Summary Judgment (Doc. # 14).

Neither party filed objections within the time provided under 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d).

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation. Defendant's motion is **GRANTED**; Plaintiff's motions are **DENIED**. The decision of the Commissioner is **AFFIRMED**.

**IT IS ORDERED**.

                                                S/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: May 19, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 19, 2014.

S/Carol A. Pinegar
Deputy Clerk